### 2462.   BUSH *v.* THE STATE.

POWELL, J.   Where the conviction in a criminal case rests solely on circumstantial evidence, the testimony must be such as to raise more than a bare suspicion of the defendant's guilt; otherwise it is, as a matter of law, insufficient to support the verdict.   *Cf. Ga. Ry. & El. Co.* v. *Harris,* 1 *Ga. App.* 714 (57 S. E. 1076).                     *Judgment reversed.*

Accusation of larceny; from city court of Dublin—Judge Hawkins.   January 15, 1910.

Submitted March 9,—Decided April 6, 1910.

*H. P. Howard, T. E. Hightower,* for plaintiff in error.

*W. C. Davis, solicitor,* contra.